UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 13-19074 |
|---|---|
| Linda S Simpson | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2013.

2) The plan was confirmed on 07/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/06/2014.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,420.00 |
| Less amount refunded to debtor | $73.78 |

**NET RECEIPTS:** $3,346.22

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $163.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $163.76

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECOVERY BUREAU INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES MNGT | Unsecured | 597.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,997.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| ALZEIDAN MEDICAL CORP/CCSI | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| AMBULATORY SURGICAL CENTER | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 1,169.70 | 1,169.70 | 0.00 | 0.00 |
| AmeriCredit Financial Services | Unsecured | 21,572.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 17,571.00 | 18,920.62 | 18,920.62 | 316.35 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 40,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET MANAGEMENT PROFESSIONA | Unsecured | 1,251.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,891.61 | 1,891.61 | 0.00 | 0.00 |
| BAKER & MILLER PC | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MGMT | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MGMT | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 13.00 | 640.38 | 640.38 | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 1,517.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC | Secured | NA | 1,526.59 | 1,526.59 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 122.00 | 122.00 | 0.00 | 0.00 |
| CLIENT SERVICES/CITIBANK/MACYS | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 49.00 | 189.92 | 189.92 | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MA( | Unsecured | 850.00 | 579.77 | 579.77 | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 2,020.00 | NA | NA | 0.00 | 0.00 |
| FMS INC | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| FNCB/APPLIED BANK | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| GENPACT SVCS | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTESIOLOGISTS/INGAL | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 1,707.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 782.00 | 782.37 | 782.37 | 0.00 | 0.00 |
| INGALLS MEMORIAL/MRSI | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN/GE CAPITAL/RESU | Unsecured | 1,159.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE REC/GEMB/OLD NAV | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE REC/WORLDWIDE A | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 3,975.00 | 4,000.00 | 4,000.00 | 2,247.78 | 269.86 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL/WORLD WIDE ASSE | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 845.00 | 652.72 | 652.72 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 535.00 | 534.75 | 534.75 | 0.00 | 0.00 |
| MERCHANTS CREDIT/ADVENTIST B( | Unsecured | 1,968.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT/ADVENTIST B( | Unsecured | 3,821.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT/ROA UPPULUR | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 674.02 | 674.02 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 683.00 | 683.44 | 683.44 | 0.00 | 0.00 |
| MIDWEST EMERGENCY/STOSSEL MI | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST NEOPED ASSOC/MOHAMM | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY SOLUTIONS/S | Unsecured | 2,227.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP/LVNV FUNDIN( | Unsecured | 1,941.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| P&B CAPITAL GROUP/CREDIT ONE | Unsecured | 1,221.00 | NA | NA | 0.00 | 0.00 |
| PAIN CARE SPECIALISTS | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY/FIRST CASH FINANC | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 576.00 | 576.24 | 576.24 | 0.00 | 0.00 |
| PRIMARY HEALTHCARE ASSOC/AHN | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 725.00 | 725.00 | 725.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 500.00 | 742.00 | 742.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 974.51 | 974.51 | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Unsecured | 4,227.00 | NA | NA | 0.00 | 0.00 |
| SHOPPERS/SECOND ROUND | Unsecured | 2,101.00 | NA | NA | 0.00 | 0.00 |
| SHOPPERS/SECOND ROUND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPECIFIED CREDIT ASSOC/LOAN MA | Unsecured | 5,496.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERV/DSNB | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY/ADVOCATE HEA | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| US OFFICE OF PERSONNEL MGMT | Unsecured | 64,064.00 | 64,064.00 | 64,064.00 | 348.47 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | NA | 1,934.36 | 1,934.36 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Unsecured | NA | NA | 1,934.36 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 82,837.00 | 159,740.06 | 161,674.42 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Unsecured | 77,895.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET/LDG FINANCIAl | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $163,201.01 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,000.00 | $2,247.78 | $269.86 |
| All Other Secured | $1,934.36 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$169,135.37** | **$2,247.78** | **$269.86** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$95,857.41** | **$664.82** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $163.76 |
| Disbursements to Creditors | $3,182.46 |
| **TOTAL DISBURSEMENTS :** | **$3,346.22** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/20/2014          By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**